AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

DAVID K. CHESTER,
        Plaintiff,

v.

CATHERINE BAUM, et al.,
        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-412-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendants are granted judgment on the Eighth Amendment claims asserted against them by Plaintiff pursuant to the Order Granting Defendants' Motion for Summary Judgment entered on July 31, 2009, Ct. Rec. 75.

| | |
|---|---|
| July 31, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |